UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **KIMBERLY STARLING, on behalf of herself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **ADVERTISE4SALES, LLC, doing business as: 4LEGALLEADS.COM** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:25-cv-06113-TLF |

## AFFIDAVIT OF SERVICE

I, Timothy Jace, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ADVERTISE4SALES, INC. in Brevard County, FL on December 15, 2025 at 5:10 pm at 8172 OLD TRAMWAY DR., MELBOURNE, FL 32940 by leaving the following documents with Vincent Wingerter who as Authorized to Accept is authorized by appointment or by law to receive service of process for ADVERTISE4SALES, INC.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 45-54, Hair: Gray, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=28.213708,-80.7062838333
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Brevard County  ,
  FL   on   12/16/2025  .

/s/ *Timothy Jace*
Signature
Timothy Jace
+1 (321) 794-3927



Exhibit 1a)