# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KIMBERLY STARLING, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ADVERTISE4SALES, LLC,<br>*doing business as:* 4LEGALLEADS.COM,<br><br>Defendant. | No. 3:25-cv-06113-TLF<br><br>Honorable Judge Theresa L Fricke<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kimberly Starling hereby gives notice that her claims in this action against Defendant Advertise4Sales, LLC, doing business as 4LegalLeads.com, are hereby voluntarily dismissed without prejudice with each party to bear its own costs and attorneys' fees.

*[Counsel signature block to follow on next page.]*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
Page 1

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

1   RESPECTFULLY SUBMITTED AND DATED this 7th day of January, 2026.

2                                           */s/ Samuel J. Strauss*
    Samuel J. Strauss, WSBA No. #46971
3   **STRAUSS BORRELLI PLLC**
    One Magnificent Mile
4   980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
5   Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
6   sam@straussborrelli.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
    Page 2